UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) NO. 3:24-cv-00360 |
| v. | )<br>) |
| MAKALU VENTURES, LLC, d/b/a UAV COACH, | )<br>)<br>) |
| Defendant. | ) |

### ORDER

Based upon Plaintiff's Notice of Settlement (Doc. No. 30) and to give the parties time to finalize their settlement, the Clerk shall **ADMINISTRATIVELY CLOSE** this case subject to reopening upon the request of any party.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE